IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

T. B., MOTHER of C.M. and B.F.,
minor children,

       Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2444

Opinion filed November 9, 2016.

An appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Mike Donovan of Legal Services of North Florida, Inc., Tallahassee, for Appellant.

Dwight O. Slater, Department of Children and Families, Tallahassee; Kelley Schaeffer, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.